November 14, 1974.

M. P. No. 74-180. IN RE GERARD T. OUIMETTE. Pro se motion of petitioner for extension of time to file brief and transcript is assigned to the calendar of December 2, 1974 for oral argument. *Gerard T. Ouimette,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 74-264. RUTH COOLBETH *v.* ARAM K. BERBERIAN. Petition for writ of certiorari is denied without prejudice. *John M. Roney, Rhode Island Legal Services, Inc.,* for plaintiff-respondent. *Aram K. Berberian,* defendant-petitioner, pro se.

M. P. No. 74-268. MIRIAM HOSPITAL *v.* RHODE ISLAND WORKERS' ASSOCIATION *et al.* Petition for alternate writ of certiorari or mandamus is denied as moot. Joslin, J. did not participate. *Levy, Goodman, Semenoff & Gorin, Edward F. Burke,* for plaintiff-respondent. *Donald R. Coblentz, Kenneth F. Mac-Iver, Jr., Rhode Island Legal Services, Inc.,* for defendants-petitioners.

M. P. No. 74-269. APEX WARWICK, INC. *v.* RHODE ISLAND WORKERS' ASSOCIATION *et al.* Petition for alternate writ of certiorari or mandamus is denied as moot. Joslin, J. did not participate. *Levy, Goodman, Semonoff & Gorin, Edward F. Burke,* for plaintiff-respondent. *Donald R. Coblentz, Kenneth F. Mac-Iver, Jr., Rhode Island Legal Services, Inc.,* for defendants-petitioners.

